ADOLPH KRAKAUER et al., Respondents, *v.* HENRY T. CHAP-
MAN, JR., Appellant.

*Krakauer* v. *Chapman,* 16 App. Div. 115, affirmed.
(Argued March 6, 1900; decided March 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 1, 1897, affirming a judgment in favor of plaintiffs
entered upon a verdict directed by the court.

*Charles C. Levenson* and *Henry S. Bennett* for appellant.

*George H. Fletcher* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

---

NATIONAL HUDSON RIVER BANK, Respondent, *v.* JOHN F.
MOFFETT et al., Appellants, Impleaded with Another.

*Nat. Hudson River Bank* v. *K. & H. R. Co.,* 17 App. Div. 232, affirmed.
(Argued March 6, 1900; decided March 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered June
1, 1897, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial without a jury.

*Louis Marshall* for appellants.

*C. P. Collier* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN,
JJ. Not sitting : PARKER, Ch. J., and LANDON, J.